# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| vs. | CASE: 19-29264MP |
| | Citizenship: ECUADOR |
| Edison Xavier Vimos-Cuji | |

I state that I am a Border Patrol Agent and that this complaint is based on the following facts:

On or about May 25, 2019, at or near Lukeville, Arizona, in the District of Arizona, Edison Xavier VIMOS-Cuji, an alien, did unlawfully enter the United States of America from Mexico, at a time and place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325 (a) (1), a petty misdemeanor.

On or about May 29, 2019, agents found Edison Xavier VIMOS-Cuji in the United States of America at or near Why, Arizona without the proper immigration documents. Furthermore, Edison Xavier VIMOS-Cuji admitted to illegally entering the United States of America from Mexico on or about May 25, 2019, at or near Lukeville, Arizona at a time and place other than designated by immigration officials.

File Date: 05/30/2019

at Tucson, Arizona

*[signature]*

Pedro Leon, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 05/30/2019

*[signature]*

**Lynnette C. Kimmins**
**Magistrate Judge**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA, TUCSON DIVISION

United States of America                                    CASE: 19-29264MP

vs.

Edison Xavier Vimos-Cuji

## JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)

The Defendant, Edison Xavier Vimos-Cuji, was represented by counsel, Darlene Chavez (CJA).

The defendant pled guilty to the Complaint on 05/30/2019. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
| --- | --- | --- |
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 05/25/2019 |

As pronounced on 05/30/2019, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

Signed on Thursday, May 30, 2019.

Lynnette C. Kimmins
Magistrate Judge

Arresting Agency: TCA

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF ARIZONA - TUCSON | JUDGE'S MINUTES |

Date: 05/30/2019     Case Number: 19-29264MP

USA vs. **Edison Xavier Vimos-Cuji**
Magistrate Judge: LYNNETTE C. KIMMINS     Judge AO Code: 70CE
ASSIGNED U.S. Attorney: Dean Lynch
INTERPRETER REQ'D: Clark Feaster, Spanish
Attorney for Defendant: Darlene Chavez (CJA)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be **Same**
[X] Petty Offense     [X] Date of Arrest: **05/29/2019**
[X] Arr/Plea of Guilty entered as to the Complaint.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of
**TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Defendant advised of appeal rights.
[ ] Waiver of right to appeal explained.

OTHER:     Darlene Chavez (CJA) is appointed as attorney of record for defendant.
Defense Counsel informs the Court the Defendant intends to file a credible fear claim.

Recorded by Courtsmart     COP: 1
BY: Cindy Stewart     Sent: 0
    Deputy Clerk     IA: 0
    Start: 1:29 pm Stop: 3:29 pm